

# NUMBER 13-14-00086-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SMITA CHAKRAVARTHY,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On appeal from the 93rd District Court
of Hidalgo County, Texas.

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is currently before the Court on appellant's motion to release sealed supplemental clerk's record and to extend time to file supplemental brief. On May 4, 2015, a sealed third supplemental clerk's record containing personal juror information was filed with this Court. Counsel's motion requests that the sealed record be released on a CD-ROM.

The Court, having fully examined and considered appellant's motion to release sealed supplemental clerk's record, is of the opinion that the motion should be granted. Appellant's motion is hereby GRANTED IN PART and DENIED IN PART. The sealed record will not be provided to counsel on a CD-ROM. The Clerk of the Court is ordered to print the sealed third supplemental clerk's record for counsel to view in hard copy at the Thirteenth Court of Appeals. The sealed record cannot be removed from the premises of the Thirteenth Court of Appeals and cannot be copied or photographed. The parties are ordered to not disseminate the information contained within the sealed record to any person. The Clerk of the Court is further ordered to make the sealed record available to counsel for viewing for ten days from the date of this order.

Appellant's first motion for extension of time to file a supplemental brief is hereby granted, and the Honorable Victoria Guerra, counsel for appellant, is hereby ORDERED to file a supplemental appellate brief with this Court no later than ten days after the sealed record is reviewed. The supplemental brief does not need to be filed under seal.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of May, 2015.

2